FILED
Date: 08/20/24
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 5:24-cr-109-TPB-PRL
                                18 U.S.C. § 111(a)(1)
MULLER VEDRINE                  18 U.S.C. § 1791(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 10, 2024, in the Middle District of Florida, the defendant,

**MULLER VEDRINE,**

did knowingly and forcibly assault, resist, oppose, impede, and interfere with a person, A.G., who is an employee of the United States Federal Bureau of Prisons, and a person designated in 18 U.S.C. § 1114, while that person was engaged in and on account of the performance of his official duties, and the act described above did involve physical contact with the employee.

In violation of 18 U.S.C. § 111(a)(1).

### COUNT TWO

On or about March 10, 2024, in the Middle District of Florida, the defendant,

**MULLER VEDRINE,**

being an inmate of a prison, namely Coleman Federal Correctional Complex, knowingly possessed a prohibited object, namely, buprenorphine, a Schedule III

controlled substance, and a cellular telephone.

In violation of 18 U.S.C. §§ 1791(a)(2), (b)(3), and (b)(4).

A TRUE BILL,

 ███████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: /s/ Hannah J. Nowalk
Hannah J. Nowalk
Assistant United States Attorney

By: /s/ Robert E. Bodnar, Jr.
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
August 24

No. 5:24-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

MULLER VEDRINE

INDICTMENT

Violations: 18 U.S.C. § 111(a)(1)
18 U.S.C. § 1791(a)(2)

A true bill,

███████████████

Foreperson

Filed in open court this 20th day

of August 2024.

_M Taylor_
Clerk

Bail $_____

GPO 863 525